UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN ST. CLAIR, et al.,

        Plaintiffs,

    v.

STATE OF WASHINGTON, et al.,

        Defendants.

CASE NO. C05-341JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court has received the parties' stipulated motion to continue trial and related dates (Dkt. # 21). The court GRANTS the parties' motion and sets trial for September 12, 2006. The court VACATES its prior order setting the trial date and related deadlines (Dkt. # 11) and directs the clerk to issue a revised scheduling order.

    Filed and entered this 5th day of January, 2006.

                      BRUCE RIFKIN, Clerk

                      By    s/Mary Duett
                              Deputy Clerk

MINUTE ORDER