UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAREN ST. CLAIR, et al.,

        Plaintiffs,

    v.

STATE OF WASHINGTON, et al.,

        Defendants.

CASE NO. C05-341JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court held a telephonic conference with the parties regarding two pending motions (Dkt. ## 42, 50).  The following memorializes the courts rulings.

    The court GRANTS Plaintiffs' motion to file a third amended complaint (Dkt. # 42).  The court also GRANTS Plaintiffs' motion to continue the deadline for discovery and STRIKES as moot Plaintiffs' request to compel discovery (Dkt. # 50) given that Defendants have agreed to cooperate in the event of a continuance.  In order to allow additional discovery, the court hereby VACATES the trial date and directs the clerk to issue a revised scheduling order that reflects a new trial date to occur sometime after mid-November 2006.  The new scheduling order shall also contain the following dates:

        Deadline to file amended complaint:        June 23, 2006
        Discovery deadline:        July 28, 2006
        Dispositive motions deadline:        August 18, 2006

MINUTE ORDER – 1

Lastly, pursuant to discussion with Defendants' counsel, the court STRIKES Defendants' pending sealed motion for summary judgment (Dkt. # 56) from the court's motions calendar.

At this time, the court notes that Defendants did not file a motion to seal as required by local rules prior to filing their summary judgment motion and supporting papers. Local Rules W.D. Wash CR 5(g)(2) (requiring a "clear statement of the facts justifying a seal and overcoming a strong presumption in favor of public access"). The court cautions the parties to follow the local rules in the future.

Filed and entered this 1st day of June, 2006.

BRUCE RIFKIN, Clerk

By   s/Mary Duett
Deputy Clerk

MINUTE ORDER – 2